UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 20-0239 (TFH) |
| UNITED STATES DEPARTMENT OF STATE, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of April 10, 2020, Plaintiff Judicial Watch, Inc., and Defendant United States Department of State ("State"), by and through undersigned counsel, respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

This action involves Plaintiff's November 20, 2019, FOIA request seeking from Defendant communications between identified individuals working at the U.S. Embassy in Kiev and a National Security Council staffer, as well as records pertaining to a January 2016 meeting at the White House. ECF No. 1 ¶ 5.

Defendant has advised Plaintiff that, due to the COVID-19 global pandemic, the agency is unable to process most FOIA requests, including Plaintiff's request, at this time. The agency employees responsible for processing the request are currently unable to remotely access the documents, many of which are stored on a classified computer network. The parties agree that as long as the relevant employees are unable to access the documents responsive to Plaintiff's request, the agency's obligation to respond to Plaintiff's request should be stayed.

Despite these limitations on access to responsive documents, Defendant has been conducting searches to the extent possible, and will continue to do so.  Certain types of records, such as paper files and records stored on the classified system, however, cannot be searched at this time.  Defendant expects to resume searches of these categories of records when they can be accessed by agency employees.

The parties propose to submit a further Joint Status Report no later than May 25, 2020, and every 30 days thereafter, until Defendant is able to process Plaintiff's request.  Thereafter, the parties propose to submit a Joint Status Report every 60 days.

Dated:  April 22, 2020

Respectfully submitted,

/s/ *Paul J. Orfanedes*
PAUL J. ORFANEDES
D.C. Bar Number 429716
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, D.C.  20004
Telephone: (202) 646-5172
porfanedes@judicialwatch.org

*Counsel for Plaintiff*

TIMOTHY J. SHEA, D.C. Bar #437437
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:     /s/ *Paul Cirino*
PAUL CIRINO
Assistant United States Attorney
Civil Division
U.S. Attorney's Office, District of Columbia
555 4th Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov

*Counsel for Defendant*