UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 20-0239 (TFH) |
| UNITED STATES DEPARTMENT OF STATE, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of May 1, 2020, Plaintiff Judicial Watch, Inc., and Defendant United States Department of State, by and through undersigned counsel, respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

This action involves Plaintiff's November 20, 2019, FOIA request seeking from Defendant communications between identified individuals working at the U.S. Embassy in Kiev and a National Security Council staffer, as well as records pertaining to a January 2016 meeting at the White House. ECF No. 1 ¶ 5.

Defendant previously reported that it was unable to process Plaintiff's FOIA request due to the adverse impact of COVID-19 on the Department's FOIA processing capabilities. See ECF No. 7. The agency employees responsible for processing the request are retired Foreign Service Officers known as Retired Annuitants, or "REAs." Since the parties' last status report, Defendant has actively worked to get its REAs telework ready. While REAs cannot be compelled to telework, about half of State's REAs (approximately 30) are willing to telework and have sufficient technological resources to do so. Defendant has also evaluated which of its active FOIA litigation cases can be processed via telework, as compared to those for which all

documents are on classified systems, and has worked toward adjusting case assignments such that REAs previously assigned to cases that cannot be processed via telework can be re-assigned to cases that can by processed via telework.

This case is one that can be partially processed via telework. That is because some potentially responsive documents that are not classified are stored on Defendant's new document review platform (FOIAXpress), the unclassified portion of which is accessible via telework. As such, the agency has resumed processing of this case. However, the reduced number of REAs and the likelihood of technological challenges will likely limit Defendant's ability to process documents at the same rate as it would have under normal circumstances.

Defendant anticipates making its first production of any non-exempt, responsive records in this case on July 17, 2020, and on a rolling basis every six weeks thereafter. Pursuant to the Court's Minute Order of May 1, 2020, because the agency has resumed its processing of Plaintiff's request, the parties will a further Joint Status Report by July 21, 2020, and every 60 days thereafter, until the agency completes its response.

Dated:  May 22, 2020                                Respectfully submitted,

/s/ *Paul J. Orfanedes*
PAUL J. ORFANEDES
D.C. Bar Number 429716
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, D.C.  20004
Telephone: (202) 646-5172
porfanedes@judicialwatch.org

*Counsel for Plaintiff*

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:   /s/ *Paul Cirino*
PAUL CIRINO
Assistant United States Attorney
Civil Division
U.S. Attorney's Office, District of Columbia
555 4th Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov

*Counsel for Defendant*