UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 20-0239 (TFH) |
| UNITED STATES DEPARTMENT OF STATE, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of May 1, 2020, Plaintiff Judicial Watch, Inc., and Defendant United States Department of State, by and through undersigned counsel, respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

This action involves Plaintiff's November 20, 2019, FOIA request seeking from Defendant communications between identified individuals working at the U.S. Embassy in Kiev and a National Security Council staffer, as well as records pertaining to a January 2016 meeting at the White House. ECF No. 1 ¶ 5.

Defendant previously reported that it anticipated making its first production of any non-exempt, responsive records in this case on July 17, 2020, and on a rolling basis every six weeks thereafter. On July 20, 2020, Defendant made its initial release.

Pursuant to the Court's Minute Order of May 1, 2020, the parties will file a further Joint Status Report by September 22, 2020, and every 60 days thereafter, until the agency completes its response.

Dated: July 22, 2020　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *Paul J. Orfanedes*
　　　　　　　　　　　　　　　　　　　　PAUL J. ORFANEDES
　　　　　　　　　　　　　　　　　　　　D.C. Bar Number 429716
　　　　　　　　　　　　　　　　　　　　JUDICIAL WATCH, INC.
　　　　　　　　　　　　　　　　　　　　425 Third Street, S.W., Suite 800
　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20004
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 646-5172
　　　　　　　　　　　　　　　　　　　　porfanedes@judicialwatch.org

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

　　　　　　　　　　　　　　　　　　　　MICHAEL R. SHERWIN
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　DANIEL F. VAN HORN, D.C. Bar #924092
　　　　　　　　　　　　　　　　　　　　Chief, Civil Division

　　　　　　　　　　　　　　　　　　　　By:　/s/ *Paul Cirino*
　　　　　　　　　　　　　　　　　　　　PAUL CIRINO
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　　　　U.S. Attorney's Office, District of Columbia
　　　　　　　　　　　　　　　　　　　　555 4th Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 252-2529
　　　　　　　　　　　　　　　　　　　　paul.cirino@usdoj.gov

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*