UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-0239 (TFH) |
| | ) | |
| UNITED STATES DEPARTMENT OF STATE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of May 1, 2020, Plaintiff Judicial Watch, Inc., and

Defendant United States Department of State ("State" or the "Department"), by and through

undersigned counsel, respectfully submit this Joint Status Report in this Freedom of Information

Act ("FOIA") case.

This action involves Plaintiff's November 20, 2019 FOIA request seeking from the

Department communications between identified individuals working at the U.S. Embassy in

Kiev and a National Security Council staffer, as well as records pertaining to a January 2016

meeting at the White House.  ECF No. 1 ¶ 5.

1.      Since the last Joint Status Report, ECF No. 18, State has made one additional

production of unclassified records.  On December 16, 2021, the Department informed Plaintiff

that it processed one additional potentially responsive record and released the record in part, with

redactions based on FOIA Exemption 6, 5 U.S.C. § 552(b)(6).

2.      The Department previously reported that it expected to complete its review of

unclassified records on or before December 10, 2021.  However, the Department has had

difficulty obtaining external clearances for the remaining unclassified records, which is why the

agency was unable to meet its December 10, 2021 target.  State has approximately 50 pages of potentially responsive unclassified records left to process.  A portion of these remaining records have now received necessary clearances and will be included in the agency's upcoming production on January 21, 2022.  Other remaining records still require external clearances and the agency now expects to complete processing and production of unclassified records on or before March 4, 2022.  State has run searches on its classified network and tasked a Department bureau for classified records potentially responsive to Plaintiff's request.  The agency will begin reviewing and processing potentially responsive classified records after its next production deadline on January 21, 2022.

       3.      Pursuant to the Court's Minute Order of May 1, 2020, the parties will file a further Joint Status Report by March 21, 2022, and every 60 days thereafter, until the agency completes its response.

Dated: January 18, 2021

/s/ *Meredith Di Liberto*
MEREDITH DI LIBERTO
D.C. Bar Number 487733
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, D.C.  20004
Telephone: (202) 646-5172
mdiliberto@judicialwatch.org

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:    /s/ *Paul Cirino*
PAUL CIRINO, D.C. Bar #1684555
Assistant United States Attorney
U.S. Attorney's Office, District of Columbia
555 4th Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov

*Counsel for Defendant*