UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-0239 (TFH) |
| | ) | |
| UNITED STATES DEPARTMENT OF STATE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of May 1, 2020, Plaintiff Judicial Watch, Inc., and Defendant United States Department of State ("State" or the "Department"), by and through undersigned counsel, respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

This action involves Plaintiff's November 20, 2019 FOIA request seeking from the Department communications between identified individuals working at the U.S. Embassy in Kiev and a National Security Council staffer, as well as records pertaining to a January 2016 meeting at the White House.  ECF No. 1 ¶ 5.

1.      Since the last Joint Status Report, ECF No. 20, State has made one additional production of records.  As reported in the last Joint Status Report, State has completed its review of unclassified records and is now processing material from its classified network.  On April 15, 2022, the Department informed Plaintiff that it processed 44 additional potentially responsive records, which yielded one record responsive to Plaintiff's request.  The Department withheld the record in full under FOIA Exemptions 1, 3, and 6, 5 U.S.C. §§ 552(b)(1), (b)(3), and (b)(6).

2.      The agency will make its second production of non-exempt, responsive material

from its classified network on May 27, 2022, and every six weeks thereafter.

3.      Pursuant to the Court's Minute Order of May 1, 2020, the parties will file a

further Joint Status Report by July 19, 2022, and every 60 days thereafter, until the agency

completes its response.

Dated: May 20, 2022                        Respectfully submitted,

/s/  Meredith DiLiberto                     MATTHEW M. GRAVES, D.C. Bar #481052
MEREDITH DI LIBERTO                        United States Attorney
D.C. Bar Number 487733
JUDICIAL WATCH, INC.                       BRIAN P. HUDAK
425 Third Street, S.W., Suite 800          Chief, Civil Division
Washington, D.C.  20004
Telephone: (202) 646-5172                  By:    /s/ Paul Cirino
mdiliberto@judicialwatch.org               PAUL CIRINO, D.C. Bar #1684555
                                           Assistant United States Attorney
*Counsel for Plaintiff*                    U.S. Attorney's Office, District of Columbia
                                           601 D Street, N.W.
                                           Washington, D.C.  20530
                                           Telephone: (202) 252-2529
                                           paul.cirino@usdoj.gov

                                           *Counsel for Defendant*